# U.S. Bankruptcy Court
## District of Utah

In re:       Bankruptcy Case No. **21-24118**
**ARLENE BAKER SPENCER**
                    Debtor


            Adversary Proceeding No. **22-02073**
**STEPHEN W. RUPP**
                    Plaintiff
v.
**ROBERT ANDREW HIGGS**
                    Defendant

## SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED** and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days. The address of the clerk of the bankruptcy court is:

> Clerk, U.S. Bankruptcy Court
> Frank E. Moss Courthouse
> 350 South Main Street #301
> Salt Lake City, UT 84101

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney |
|---|
| Brian J. Porter |
| 15 West South Temple |
| Suite 1000 |
| Salt Lake City, UT 84101 |

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date Issued: 08/12/2022

David A. Sime   Clerk Of Court

# CERTIFICATE OF SERVICE

I, __Karin Powell_____, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

I further certify that the service of this summons and a copy of the complaint was made ___8/18/2022___ [Date] by:

[XX] Mail Service – Regular, first class United States mail, postage fully pre-paid, addressed to: and Certified mail, RRR,

Robert Andrew Higgs  
3705 East Turnberry Road  
Eagle Mountain, UT 84005-6103

Robert Andrew Higgs  
377 West 4800 South, Apt. 306  
Ogden, UT 84405-6061

Robert Andrew Higgs  
655 27th Street, Unit 5  
Ogden, UT 84403

[ ] Personal Service – By leaving the documents with the following defendant(s) or an officer or agent of the defendant(s) at:

[ ] Residence Service – By leaving the documents with the following adult at:

[ ] Certified Mail Service on an Insured Depository Institution: BY sending the process by certified mail addressed to the following officer of the defendant at:

[ ] Publication – The defendant was served as follows: [describe briefly]

[ ] State Law – The defendant was served pursuant to the laws of the State of _____, as follows: [describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

___August 18, 2022___   _____[Signature]_____  
[Date]

| Print Name | Karin Powell/McKAY, BURTON & THURMAN |
|---|---|
| Business Address | 15 West South Temple, Suite 1000 |
| City | Salt Lake City    State  UT    ZIP  84101 |

## U.S. Postal Service® CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

**USPS® ARTICLE NUMBER:** 9314 7699 0430 0098 4952 66

| | |
|---|---|
| Certified Mail Fee | $ 4.00 |
| Return Receipt (Hardcopy) | $ 3.25 |
| Return Receipt (Electronic) | $ 0.00 |
| Certified Mail Restricted Delivery | $ 0.00 |
| Postage | $ 0.57 |
| Total Postage and Fees | $ 7.82  8.93 |

**Sent to:**
Robert Andrew Higgs
3705 East Turnberry Road
Eagle Mountain, UT 84005-6103

**Reference Information**

Arlene Spencer/BP/SWR

8/18/22

PS Form 3800, Facsimile, July 2015

9590 9699 0430 0098 4952 68

---

## U.S. Postal Service® CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

**USPS® ARTICLE NUMBER:** 9314 7699 0430 0098 4962 56

| | |
|---|---|
| Certified Mail Fee | $ 4.00 |
| Return Receipt (Hardcopy) | $ 3.25 |
| Return Receipt (Electronic) | $ 0.00 |
| Certified Mail Restricted Delivery | $ 0.00 |
| Postage | $ 0.57 |
| Total Postage and Fees | $ 7.82  8.93 |

**Sent to:**
Robert Andrew Higgs
655 27th Street, Unit 5
Ogden, UT 84403

**Reference Information**

Arlene Spencer/BP/SWR

8/18/22

PS Form 3800, Facsimile, July 2015

9590 9699 0430 0098 4962 58

---

## U.S. Postal Service® CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

**USPS® ARTICLE NUMBER:** 9314 7699 0430 0098 4957 54

| | |
|---|---|
| Certified Mail Fee | $ 4.00 |
| Return Receipt (Hardcopy) | $ 3.25 |
| Return Receipt (Electronic) | $ 0.00 |
| Certified Mail Restricted Delivery | $ 0.00 |
| Postage | $ 0.57 |
| Total Postage and Fees | $ 7.82  8.93 |

**Sent to:**
Robert Andrew Higgs
377 West 4800 South, Apt. 306
Ogden, UT 84405-6061

**Reference Information**

Arlene Spencer/BP/SWR

8/18/22

PS Form 3800, Facsimile, July 2015

9590 9699 0430 0098 4957 56